# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHALANN A. BERG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　Defendant. | No. 2:17-cv-00085-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## I.　　STIPULATION

COMES NOW the parties hereto, Plaintiff Chalann A. Berg, by and through their attorney of record, Daniel P. Mallove, and Defendant State Farm Mutual Automobile Insurance Company, by and through its attorney of record, Gregory S. Worden, and, pursuant to FRCP 41(a)(1)(A), hereby stipulate that all of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and without costs.

DATED this ____ day of April, 2017.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAW OFFICE OF DANIEL P. MALLOVE, PLLC |
|---|---|
| _____<br>Gregory S. Worden, WSBA #24262<br>Attorney for State Farm Mutual<br>Automobile Insurance Company | _____<br>Daniel P. Mallove, WSBA #41028<br>Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 1
USDC, WDWA No. 2:17-cv-00085-RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4812-2391-5590.1

## II. ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE, AND DECREE** that all claims asserted against Defendants in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED: May 4, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

Gregory S. Worden, WSBA#24262
Attorney for State Farm Mutual
Automobile Insurance Company

Approved as to form:

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

Daniel P. Mallove, WSBA #41028
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL - 2
USDC, WDWA No. 2:17-cv-00085-RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4812-2391-5590.1